PEOPLE EXPRESS AIRLINES, INC. v. BASF
WYANDOTTE COMPANY.

October 22, 1984.

Petition for certification granted.   (See 194 *N.J.Super.* 349)

DIANA WEINBERGER v. BERNARD WEINBERGER.

October 22, 1984.

Petition for certification denied.

LOUIS SANCHEZ v. ROSE MARIE URISTA.

October 22, 1984.

Petition for certification denied.